

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEYVAN PARSA, M.D. | § | No. 08-23-00134-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| ALBERT FLORES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV2997) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF FEBRUARY 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.